HON. RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROSEMERE NEIGHBORHOOD ASSOCIATION; and CLARK COUNTY NATURAL RESOURCES COUNCIL,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF VANCOUVER,<br><br>    Defendant. | No. C04-5667RBL<br><br>STIPULATED ORDER ON SECOND CAUSE OF ACTION AND FOR ENTRY OF FINAL JUDGMENT |

Upon consideration of the parties' Joint Motion On Second Cause Of Action And For Entry Of Final Judgment, and for the reasons stated therein, the Court hereby enters summary judgment in favor of Defendant on the Plaintiffs' second cause of action. Consequently, the Court directs the Clerk to enter final judgment in favor of Defendant and against Plaintiffs' on Plaintiffs' Second Amended Complaint and all claims therein, in accordance with Rule 58(a)(1).

Dated this 28th day of November, 2005.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
SMITH & LOWNEY, PLLC

By: ___s/Richard A. Smith___
   Richard A. Smith, WSBA #21788
Attorneys for Plaintiffs

By: ___s/John Karpinski___
   John Karpinski, WSBA #131342
Attorney for Plaintiffs
2612 East 20th St., Vancouver, WA 98661
Tel: (360) 690-4500, Fax: (360) 695-6016


FOSTER PEPPER & SHEFELMAN


By: ___s/Lori A. Terry___
   Lori A. Terry, WSBA #22006
   John R. Nelson, WSBA #16393
Attorneys for Defendant
1111 Third Avenue, Suite 3400
Seattle, WA 98101-3299
Tel: (206) 447-4400, Fax: (206) 447-9700
E-mail: terrl@foster.com

STIPULATED ORDER ON SECOND CAUSE OF
ACTION AND FOR ENTRY OF FINAL
JUDGMENT- 2                C04-5667RBL

Smith & Lowney, P.L.L.C.
2317 East John Street
Seattle, WA 98112
(206) 860-2883